Commonwealth *v.* McGough, Appellant.

Argued November 8, 1971. *William K. Eckel*, Public Defender, for appellant; *Thomas W. Nelson*, Assistant District Attorney, with him *Ferdinand F. Bionaz*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


Commonwealth *v.* Maness, Appellant.

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Maness, Appellant.

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los*